IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **NATIONSTAR MORTGAGE LLC** <br> **D/B/A MR. COOPER** <br> **8950 Cypress Walters Blvd.** <br> **Coppell, TX 75019** <br><br> **Plaintiff** <br><br> v. <br><br> **JPMORGAN CHASE BANK, N.A.** <br> **1111 Polaris Parkway** <br> **Columbus, OH 43240** <br><br> Serve on resident agent: <br> The Corporation Trust Inc. <br> 2405 York Road Suite 201 <br> Lutherville-Timonium, MD 21093 <br><br> **Defendant** | * <br> * <br> * <br> * Case No. _____ <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper ("Plaintiff" or "Nationstar"), by its undersigned counsel, hereby sues Defendant, JPMorgan Chase Bank, N.A. ("JPM Chase"), and states:

### Introduction

1. Nationstar brings this action for declaratory relief to clarify the priority a refinance deed of trust in the amount of $303,595 on the real property known as 2844 Settlers View Drive, Odenton, Maryland 21113 (the "Property").

### The Parties

2. Plaintiff, Nationstar, is a Delaware limited liability company whose principle office is in Coppell, Texas.   None of Plaintiff's members are citizens of Maryland.

3.      Defendant, JPM Chase, is a national banking association whose principal office is in New York, New York.

## Jurisdiction and Venue

4.      This Court has diversity jurisdiction over this case under 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

5.      Venue is proper in the District of Maryland under 28 U.S.C. § 1391(a) because the property that is the subject of this action lies in Odenton, Maryland.

## Facts Common to All Counts

6.      On March 2, 2007, Raymond Kelsey obtained title to the Property via a deed ("Deed").  The Deed was recorded in the Land Records of Anne Arundel County on March 13, 2007 at Book 18873, Page 686.   A copy of the Deed is attached hereto as **Exhibit A**.

7.      As of January 14, 2011, there existed two deeds of trust on the Property (the "First Existing DOT" and the "Second Existing DOT").

8.      The First Existing DOT secured a loan to Raymond Kelsey in the amount of $304,000.  It was recorded in the Land Records of Anne Arundel County on March 13, 2007 at Book 18873, Page 691.   A copy of the First Existing DOT is attached hereto as **Exhibit B**.

9.      The Second Existing DOT secured a line of credit to Raymond Kelsey in the maximum principal amount of $76,000.   It was recorded in the Land Records of Anne Arundel County on March 13, 2007, at Book 18873, Page 715.   A copy of the Second Existing DOT is attached hereto as **Exhibit C**.

10.     On January 14, 2011, Raymond Kelsey refinanced the First Existing DOT with a new loan in the amount of $303,595 from JPM Chase secured by a refinance deed of trust (the

"Refinance DOT") on the Property.  The Refinance DOT was recorded in the Land Records of Anne Arundel County on March 28, 2011 at Book 23339, Page 136.  A copy of the Refinance DOT is attached hereto as **Exhibit D**.

11. JPM Chase's agreement to loan money to Raymond Kelsey was contingent on its loan being secured by a first-position lien on the Property.

12. To ensure that the Refinance DOT would be in first lien position, JPM Chase paid off the First Existing DOT at the January 14, 2011 settlement.

13. According to the Refinance Affidavit in the Refinance DOT, $301,700 of the loan proceeds were paid to the holder of the First Existing DOT to satisfy and release it.  See Exhibit D, at Book 23339, Page 156.

14. On December 28, 2010, JPM Chase, through its nominee, Mortgage Electronic Registration Systems, Inc., executed a Subordination of Mortgage that was supposed to subordinate the Second Existing DOT to the Refinance DOT.  A copy of the Subordination of Mortgage is attached hereto as **Exhibit E**.

15. However, the Subordination of Mortgage never got recorded in the land records of Anne Arundel County.

16. On February 2, 2015, JPM Chase assigned all of its rights, title, and interest in the Refinance DOT to Nationstar.  A copy of the assignment is attached hereto as **Exhibit F**.

17. On August 14, 2017, the Mortgage Electronic Registration Systems, Inc. as nominee for the holder of the Second Existing DOT, assigned all its rights, title, and interest in the Second Existing DOT to JPM Chase.  A copy of the assignment is attached hereto as **Exhibit G**.

18. The fact that the Subordination of Mortgage never was recorded creates uncertainty

as to the priority of Nationstar's lien under the Refinance DOT.

19. Nationstar has filed this action to clarify that the Refinance DOT is a first-position lien on the Property and has priority over the Second Existing DOT.

### **Count I – Declaratory Judgment**

20. Plaintiff incorporates all preceding paragraphs as if set forth fully here.

21. Under the doctrine of equitable subrogation, the Refinance DOT has priority over the Second Existing DOT.

22. JPM Chase intended for the Refinance DOT to be subordinate to the Second Existing DOT.

23. The fact that the Subordination of Mortgage was not recorded makes the priority of the Refinance DOT and the Second Existing DOT unclear.

24. There exists an actual controversy of a practicable issue among Plaintiff and Defendant within the jurisdiction of this Court involving the rights and liabilities of the parties, which controversy may be determined by a declaratory judgment of this Court.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order:

(A) Declaring that the Refinance DOT has priority over the Second Existing DOT and

(B) Granting such other and further relief as the Court may deem to be necessary and proper.

Respectfully submitted,

/s/ Martin H. Schreiber II
Martin H. Schreiber II (Bar No. 22886)
mhs@schreiber-law.com
(Signed by Staci J. Krupp, Esq. with the permission of Martin H. Schreiber II)

/s/ Staci J. Krupp
Staci J. Krupp (Bar No. 14966)
sjk@schreiber-law.com

Law Office of Martin H. Schreiber II, LLC
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21211
Phone:   410-366-4777
Fax:   443-308-5688

*Attorneys for Plaintiff,*
*Nationstar Mortgage LLC d/b/a Mr. Cooper*